# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| TARA PERINO,<br><br>v.<br><br>EDIBLE ARRANGEMENTS INTERNATIONAL, LLC AND TARIQ FARID | Case No. 3:13-cv-1411 (JBA) |

## ORDER OF DISMISSAL

The parties have reported that this action has been settled in full.   Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before [30 days from today].

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the Court's record), they may do so on or before [30 days from today].

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is SO ORDERED.

Dated in New Haven, Connecticut on May 15, 2015.

 /s/ Janet Bond Arterton
UNITED STATES DISTRICT JUDGE